THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH 
 CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Charles Mavins, Appellant. 
 
 
 
 

Appeal From Lexington 
 County
  Marc H. Westbrook, Circuit 
 Court Judge

Unpublished Opinion 
 No. 2004-UP-303
 Submitted February 20, 2004 
  Filed May 6, 2004

APPEAL DISMISSED

 
 
 
 
 Assistant Appellate Defender 
 Aileen P. Clare, Office of Appellate Defense, of Columbia, for Appellant.
 Deputy Director for Legal 
 Services Teresa A. Knox, Legal Counsel Tommy Evans, Jr., Legal Counsel 
 J. Benjamin Aplin, S.C. Dept. of Probation, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Charles Mavins 
 appeals the revocation of his probation.  Mavinss appellate counsel has petitioned 
 to be relieved as counsel, stating she has reviewed the record and has concluded 
 Mavinss appeal is without merit.  The issue briefed by counsel concerns whether 
 there was an evidentiary showing of fact to justify the revocation.  Mavins 
 has not filed any documents on his own behalf.
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Mavinss 
 appeal and grant counsels petition to be relieved. 
 [1] 
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, 
 JJ., concur.

 
 
 [1]   Because oral argument would not aid the court in resolving the issues 
 on appeal, we decide this case without oral argument pursuant to Rules 215 
 and 220(b)(2), SCACR.